UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FARIN KATHLEEN BURT,

     Plaintiff,

v.                                       Case No. 1:17-cv-347
                                       Hon. Ray Kent


COMMISSIONER OF SOCIAL
SECURITY,

     Defendant,
_____/

## JUDGMENT

     In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

     **IT IS SO ORDERED**.


Dated:  September 18, 2018           /s/ Ray Kent
                                      United States Magistrate Judge